**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PHILIPPE BUHANNIC,

                Plaintiff,

   -against-                                     18 **CIVIL** 9351 (ER)

                                                             **JUDGMENT**

TRADINGSCREEN INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 20, 2020, TradingScreen's motion is granted and this matter is dismissed with prejudice; the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York
            July 21, 2020

                                                                  **RUBY J. KRAJICK**
                                                           _____
                                                                  **Clerk of Court**
                                             **BY:**
                                                               _____
                                                                  **Deputy Clerk**